**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00335-CV**
_____

**TONI L. SIGEE, Appellant**

**V.**

**THOMAS P. SIGEE, Appellee**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-176,384-F**

**ORDER**

Toni L. Sigee has appealed the trial court's October 35, 2021, Military Retired Pay Division Order. Following the submission of the appeal, the Court determined that a discrepancy exists between the number of months the parties were married (based on the trial court's findings of the dates they were married and divorced) and the number of months of Thomas P. Sigee's creditable service in the military.

A court of appeals must not affirm or reverse a judgment if the trial court's erroneous action prevents the proper presentation of a case to the court of appeals

1

and the trial court can correct its action. *See* Tex. R. App. P. 44.4(a). We abate the appeal, and we remand the case to the trial court for the trial court to clarify its order and enter an order that reflects the correct periods the trial court intended to find when it originally entered its order.

The trial court may determine the correct dates the parties married and divorced and the correct number of months the parties were married during Thomas Sigee's creditable service and decide whether an amended order or clarifying order should be entered. The trial court may conduct a hearing, but it is not required to do so to comply with this Order. Should the trial court conduct a hearing, a reporter's record of the hearing must be filed with this Court. A clerk's record containing the trial court's clarifying order shall be filed with the court of appeals by March 9, 2023.

The appeal will be reinstated without further order of this Court when the supplemental clerk's record and the supplemental reporter's record, if any, is filed with the court of appeals.

ORDER ENTERED February 7, 2023.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.

2